| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LEXI P. NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| | SEBASTIAN RUBIO-ABOYTE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-139 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND EXCLUDE TIME; |
| vs. | ) | ORDER |
| | ) | |
| SEBASTIAN RUBIO-ABOYTE, | ) | Date: May 17, 2018 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England, Jr. |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott United States Attorney, through Timothy Delgado, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Sebastian Rubio-Aboyte, that the status conference scheduled for May 17, 2018 be vacated and continued to May 24, 2018 at 10:00 a.m.

The reason for the one-week continuance is that this case has been reassigned to Lexi P. Negin. Ms. Negin requires additional time to meet and confer with the client, time to review the case file and to conduct further research, and discovery review. Government counsel does not have any objection to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of May 17, 2018, through and including May 24, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order

| | | |
|---|---|---|
| DATED: May 15, 2018 | | Respectfully submitted, |

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lexi P. Negin*
LEXI P. NEGIN
Assistant Federal Defender
Attorney for
SEBASTIAN RUBIO-ABOYTE

DATED: May 15, 2018                MCGREGOR W. SCOTT
United States Attorney

*/s/ Timothy Delgado*
TIMOTHY DELGADO
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

Time from May 17, 2018, up to and including May 24, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 17, 2018 status conference shall be continued until May 24, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order